

**Jeremy Anthony JOHNSON**

v.

**STATE**

**CR-13-0982**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**B.R.D.**

v.

**STATE**

**CR-13-0989**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

**Jackie Lynn MORROW**

v.

**STATE**

**CR-13-0988**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**James Calvin FRAZIER**

v.

**STATE**

**CR-13-0997**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

